UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON GAS COMPANY d/b/a KEYSPAN ENERGY DELIVERY NEW ENGLAND,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY,<br><br>Defendant. | Civil Action<br>No. 02-12062RWZ |
| CENTURY INDEMNITY COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED, et al.,<br><br>Third-Party Defendants. | |

### DEFENDANT CENTURY INDEMITY COMPANY'S MOTION *IN LIMINE* TO PRECLUDE OPINION TESTIMONY OF PLAINTIFF'S DESIGNATED EXPERT, NEIL S. SHIFRIN, Ph.D

Pursuant to Rule 702 of the Federal Rules of Evidence, defendant Century Indemnity Company ("Century") respectfully moves *in limine* that the Court preclude plaintiff Boston Gas Company from introducing at trial any opinion testimony of plaintiff's designated expert, Neil S. Shifrin, Ph.D, regarding: (1) the timing of the alleged contamination at the Everett manufactured gas plant ("Everett Site") due to routine MGP operations; and (2) the timing of ongoing and progressive contamination at

the Everett Site, on the grounds that the proffered testimony is speculative, unreliable and will not assist the jury in understanding or determining any fact in issue in this case.

In further support of its motion, Century submits a memorandum of law and the Declaration of Shane R. Heskin, Esq.

                                                    Respectfully submitted,

October 17, 2005                           **HARE & CHAFFIN**

                                                    /s/David B. Chaffin
                                                    HARE & CHAFFIN
                                                    160 Federal Street, Floor 23
                                                    Boston, MA  02110-1700
                                                    (617) 330-5000

                                                    **WHITE AND WILLIAMS LLP**
                                                    Guy A. Cellucci
                                                    Shane R. Heskin
                                                    Gregory S. Capps
                                                    1800 One Liberty Place
                                                    Philadelphia, PA  19103
                                                    Phone: (215) 864-7000
                                                    Fax: (215) 864-7123

                                                    **Attorneys for Defendant**
                                                    **Century Indemnity Company**