## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| BOSTON GAS COMPANY d/b/a KEYSPAN ENERGY DELIVERY NEW ENGLAND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 02-12062-RWZ |
| CENTURY INDEMNITY COMPANY, | ) ) | |
| Defendant. | ) ) | |
| CENTURY INDEMNITY COMPANY, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED, et al., | ) ) ) | |
| Third-Party Defendants. | ) ) | |

## DECLARATION OF SHANE R. HESKIN IN SUPPORT OF CENTURY INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON THE NORTH END AND SOUTH BOSTON SITES

I, Shane R. Heskin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

1.     I am counsel at White and Williams LLP, which together with Hare & Chaffin represents defendant, Century Indemnity Company ("Century"), in this action.  I am admitted *pro hac vice.*

2.     I submit this declaration in support of Century's Motion For Summary Judgment On the North End and South Boston Sites.

3.       Annexed hereto as Exhibit 1 is a true and correct copy of a Letter from Boston Gas Company ("Boston Gas") to ExxonMobil Corp., dated July 14, 2006.

4.       Annexed hereto as Exhibit 2 is a true and correct copy of a Land Use History of the South Boston Site.

5.       Annexed hereto as Exhibit 3 is a true and correct copy of a Letter from Boston Gas to City Development Corp. ("CDC"), dated Jan. 22, 2002.

6.       Annexed hereto as Exhibit 4 is a true and correct copy of a Letter from Boston Gas to CDC, dated May 16, 2001.

7.       Annexed hereto as Exhibit 5 is a true and correct copy of Century Excess Policy XPL-5607.

8.       Annexed hereto as Exhibit 6 is a true and correct copy of Century Excess Policy XCP-3547.

_____
                                              Shane R. Heskin

Executed:     April 24, 2007
                   Philadelphia, Pennsylvania

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2006.

/s/David B. Chaffin

- 2 -