UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTON NO. 02-12062-RWZ

BOSTON GAS COMPANY
d/b/a KEYSPAN ENERGY DELIVERY NEW ENGLAND

v.

CENTURY INDEMNITY COMPANY

ORDER

April 2, 2010

ZOBEL, D.J.

Plaintiff's counsel correctly pointed out that the court improvidently issued its Order on Remand before the due date of the parties' reply briefs. It regrets the error. However, having now reviewed plaintiff's Response to Century's Memorandum of Law, it adheres to the ruling of March 18, 2010. A conference with counsel is scheduled on April 13, 2010 at 2:30 p.m.

The order denying, as moot, motions docketed as ## 556 and 563, is reversed and the process for their disposition will also be discussed at the April 13, 2010 conference.

|    April 2, 2010    | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |